UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Anthony S. Sawyer</u>
    Plaintiff

    v.                                       Miscellaneous Case No. 1:12-mc-19-LM

<u>Purdue Pharmaceutical Corporation</u>
    Defendant

<u>Gary B. Richardson</u>
    Respondent

## ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

    Exhibits 1 and 2 attached to document no. 1, Motion to Quash Subpoena issued through this Court filed by Gary B. Richardson, contain one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a).  Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in these exhibits.  Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to these exhibits, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

    **SO ORDERED**.

                                            /s/ Daniel J. Lynch
                                            _____
                                            Daniel J. Lynch
                                            United States Magistrate Judge

Date: April 26, 2012

cc:  Gary B. Richardson, Esq.